**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| HOWARD COHAN, | ) | INJUNCTIVE RELIEF SOUGHT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO.: 23-cv-2293 |
| | ) | |
| LA-RFMBG LINCOLNSHIRE, LLC d/b/a | ) | Judge Maldonado |
| Lincolnshire Marriott Resort | ) | |
| | ) | Magistrate Judge Weisman |
| Defendant. | ) | |

## NOTICE OF SETTLEMENT

Plaintiff HOWARD COHAN ("Plaintiff") hereby gives notice that LA-RFMBG LINCOLNSHIRE, LLC d/b/a Lincolnshire Marriott Resort ("Defendant") (collectively, "Parties") and Plaintiff have settled the claims in this case and are in the process of exchanging the final agreement for execution. The Parties anticipate filing a Stipulation of Voluntary Dismissal with prejudice within Fourteen days (14) days as soon as the formal settlement agreement is executed by all parties. The Plaintiff respectfully requests that the Court enter an order striking all upcoming deadlines and allow the Parties until October 25, 2023 to file the Stipulation of Voluntary Dismissal.

Dated: October 11, 2023          HOWARD COHAN

By: */s/ Marshall J. Burt*
Marshall J. Burt, Esq.
The Burt Law Group, Ltd.
Attorney for Plaintiff
1338 S. Federal St., #L
Chicago, IL 60605
Telephone: 312-854-3833
marshall@mjburtlaw.com
IARDC #6198381

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2023, I electronically filed this Notice of Settlement with the Clerk of Court using the CM/ECF system, which automatically sends electronic notification of its filing to all attorneys of record.


/s/ Marshall J. Burt
Marshall J. Burt